**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

|  |  |
|---|---|
| **FERMAT INTERNATIONAL, INC.**<br><br>**Plaintiff**<br><br>v.<br><br>**ADVANCED MICRO DEVICES, INC.,**<br><br>**Defendant.** | **Civil Action No. 7:26-CV-00011-DC** |

**EXHIBIT A: [AGREED] PROPOSED SCHEDULE**

| Deadline | Item |
|---|---|
| July 20, 2026 | The Parties shall file a motion to enter an agreed Scheduling Order. If the parties cannot agree, the parties shall submit a separate Joint Motion for entry of Scheduling Order briefly setting forth their respective positions on items where they cannot agree. |
| July 27, 2026 | Plaintiff serves preliminary infringement contentions in the form of a chart setting forth where in the accused product(s) each element of the asserted claim(s) are found. Plaintiff shall also identify the earliest priority date (i.e. the earliest date of invention) for each asserted claim and produce: (1) all documents evidencing conception and reduction to practice for each claimed invention, and (2) a copy of the file history for each patent in suit. |
| October 6, 2026 | Defendant serves preliminary invalidity contentions in the form of (1) a chart setting forth where in the prior art references each element of the asserted claim(s) are found, (2) an identification of any limitations the Defendant contends are indefinite or lack written description under section 112, and (3) an identification of any claims the Defendant contends are directed to ineligible subject matter under section 101. Defendant shall also produce (1) all prior art referenced in the invalidity contentions, and (2) technical documents, including software where applicable, sufficient to show the operation of the accused product(s). |
| October 20, 2026 | Parties exchange claim terms for construction. |

| | |
|---|---|
| November 3, 2026 | Parties exchange proposed claim constructions. |
| November 10, 2026 | Parties disclose extrinsic evidence. The parties shall disclose any extrinsic evidence, including the identity of any expert witness they may rely upon with respect to claim construction or indefiniteness. With respect to any expert identified, the parties shall identify the scope of the topics for the witness's expected testimony. With respect to items of extrinsic evidence, the parties shall identify each such item by production number or produce a copy of any such item if not previously produced. |
| November 17, 2026 | Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions. |
| November 24, 2026 | Defendant files Opening claim construction brief, including any arguments that any claim terms are indefinite. |
| December 18, 2026 | Plaintiff files Responsive claim construction brief. |
| January 5, 2027 | Defendant files Reply claim construction brief. |
| January 22, 2027 | Plaintiff files a Sur-Reply claim construction brief. |
| January 25, 2027 | Parties submit Joint Claim Construction Statement. |
| January 25, 2027 | Parties submit optional technical tutorials to the Court and technical advisor (if appointed). |
| February 1, 2027 | *Markman* Hearing. |
| February 2, 2027 | Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a). |
| March 15, 2027 | Deadline to add parties. |
| March 31, 2027 | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to infringement or invalidity contentions. This deadline does not relieve the parties of their obligation to amend if new information is identified after initial contentions. |

| | |
|---|---|
| May 24, 2027 | Deadline to amend pleadings.  A motion is not required unless the amendment adds patents or patent claims.  (Note: This includes amendments in response to a 12(c) motion). |
| August 2, 2027 | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue.  Unless the parties agree to the narrowing, they are ordered to contact the Court to arrange a teleconference with the Court to resolve the disputed issues. |
| August 25, 2027 | Close of Fact Discovery. |
| September 1, 2027 | Opening Expert Reports. |
| September 29, 2027 | Rebuttal Expert Reports. |
| October 13, 2027 | Close of Expert Discovery. |
| October 18, 2027 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits.  If it helps the parties determine these limits, the parties are encouraged to contact the Court for an estimate of the amount of trial time anticipated  per side. The  parties  shall  file a Joint  Report within 5 business days regarding the results of the meet and confer. |
| November 2, 2027 | Dispositive motion deadline and *Daubert* motion deadline. |
| November 18, 2027 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). |
| December 2, 2027 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| December 9, 2027 | Serve objections to rebuttal disclosures; file motions *in limine.* |
| December 16, 2027 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine.* |
| December 28, 2027 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine.* |
| December 20, 2027 | Parties to contact Court to confirm their pretrial conference and trial dates. |
| January 20, 2028 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine.* |
| January 25, 2028 | Final Pretrial Conference. Held in person unless otherwise requested. |
| February 14, 2028 | Jury Selection/Trial. |

Entered this the _____ day of July, 2026.

_____
HONORABLE DEREK GILLILAND
UNITED STATES MAGISTRATE JUDGE